**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

```
WILNICK DORVAL,                    )
                                   )
             Plaintiff,            )
                                   )
        v.                         )    Civil No. 2016-61
                                   )
MOE'S FRESH MARKET, WALLIE HAMED )
                                   )
             Defendants.           )
_____
```

APPEARANCES:

**Wilnick Dorval**
St. Thomas, U.S.V.I.
     *Pro se plaintiff,*

**Wilfredo A. Geigel**
Law Offices of Wilfredo Giegel
St. Croix, U.S.V.I.
     *For Moe's Fresh Market and Wallie Hamed.*

**ORDER**

**GÓMEZ, J.**

Before the Court is the request of the plaintiff, Wilnick

Dorval, for a temporary restraining order.

A temporary restraining order may be issued without notice

to an adverse party or her attorney only if the petitioner avers

to specific facts in a verified complaint or affidavit "that

clearly shows that immediate and irreparable injury, loss, or

damage will result to the movant before the adverse party can be

heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). Additionally,

the petitioner must show: (1) a reasonable probability of

*Dorval v. Moe's Fresh Market, et al*
Civ. No. 2016-61
Order
Page 2

success on the merits; (2) irreparable injury will occur to the

movant if relief is not granted; (3) less harm will result to

the non-movant if the relief is granted than to the movant if

the relief is not granted; and (4) the public interest, if any,

weighs in favor of the movant. *Gerardi v. Pelullo*, 16 F.3d 1363,

1373 (3d Cir. 1994) (describing factors for issuing preliminary

injunction); *see also Bieros v. Nicola*, 857 F. Supp. 455, 456

(E.D. Pa. 1994) (noting that the standards for issuing a

temporary restraining order are identical to those for the

issuance of a preliminary injunction).

 The premises considered; it is hereby

 **ORDERED** that the motion for a temporary restraining order

is **DENIED.**


 S\_____
 **Curtis V. Gómez**
 **District Judge**