```
            DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

WILNICK DORVAL,                      )
                                     )
        Plaintiff,             )
                                     )
        v.                     )   Civil No. 2016-61
                                     )
MOE'S FRESH MARKET, WALLIE HAMED     )
                                     )
        Defendants.            )

APPEARANCES:

**Wilnick Dorval**
St. Thomas, U.S.V.I.
    *Pro se plaintiff,*

**Wilfredo A. Geigel**
Law Offices of Wilfredo Giegel
St. Croix, U.S.V.I.
    *For Moe's Fresh Market and Wallie Hamed.*

### ORDER

**GÓMEZ, J.**

    The Court has been advised that the above action cannot proceed to trial and disposition because it is the subject of proceedings before the United States Court of Appeals for the Third Circuit.

    The premises considered, it is hereby

    **ORDERED** that the Clerk of the Court shall designate this action as a suspense matter; it is further

    **ORDERED** that this matter shall be included in the Civil Suspense Docket; it is further

*Dorval v. Moe's Fresh Market, et al*
Civ. No. 2016-61
Order
Page 2

    **ORDERED** that this matter shall be removed from the active trial docket; it is further

    **ORDERED** that the parties shall advise the Court when the matter before the United States Court of Appeals for the Third Circuit is concluded; it is further

    **ORDERED** that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; and it is further

    **ORDERED** that this order shall not prejudice the rights of the parties to this litigation.

                                                     S\_____
                                                        **Curtis V. Gómez**
                                                        **District Judge**