IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| WILNICK DORVAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 2016-61 |
| ) | |
| MOE'S FRESH MARKET, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is scheduled for trial on November 5, 2018. The premises considered, it is hereby ORDERED:

1. On or before November 2, 2018 at 10:00 a.m., the parties shall file their proposed joint final pretrial order. This order shall include, among other items, the parties' witness lists and **a joint exhibit list in conformance with the Court's Policies and Procedures.**

2. The parties shall file their proposed voir dire, proposed joint neutral statement, proposed jury instructions and a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than November 2, 2018 at 10:00 a.m.

3. The final pretrial conference in this matter shall begin promptly at **4:00 p.m. on November 2, 2018**.

4. The parties shall be familiar and proceed in accordance with the Court's Policies and Procedures, available at http://www.vid.uscourts.gov/. For trial preparation purposes, parties should pay particular attention to the requirements regarding the timing for, and resolution of objections to, deposition designations, and the requirements for exhibit preparation.

**Dated:** October 31, 2018        S\ _____
                                                     **RUTH MILLER**
                                                     United States Magistrate Judge